**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 3:25-cr-76-DMB-RP-2**

**DENNIS C. NABORS, JR.**

### ORDER SUBSTITUTING COUNSEL

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a conflict of interest. The Office of the Federal Public Defender contacted **Jacinta A. Hall** on **June 23, 2025,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Jacinta A. Hall** ha**s** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Jacinta A. Hall** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the 23rd day of June 2025.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE