IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI\
OXFORD DIVISION

UNITED STATES OF AMERICA      PLAINTIFF

VS.      CAUSE NO. 3:25-cr-76-DMB-RP-2

DENNIS C. NABORS, JR.      DEFENDANT

### ORDER GRANTING
### MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

This matter is before the court on the Defendant's Motion to Modify Conditions of Supervised Release, docket number [56] requesting a modification to the travel conditions previously ordered by this Court. The court is advised that neither the Assistant United States Attorney nor Defendant's probation officers from the United States Probation office in the Northern District of Indiana and the Northern District of Mississippi has any objections to the relief requested for work-related purposes. Accordingly, and for good cause shown, the motion is GRANTED as follows:

The Defendant, Dennis C. Nabors, Jr., is allowed permission to continue employment with Domino's Pizza Supply Chain Center Indiana. The defendant's range of travel is hereby modified to include the Southern District of Indiana and the Northern and Central Districts of Illinois for employment only. Additionally, the defendant is ordered to submit to third-party risk notification as directed by the United States Pretrial Officer.

The Defendant will not violate any of his pretrial bond conditions. Except as expressly permitted herein, the existing pretrial bond conditions applicable in this matter will remain in effect and unchanged.

SO ORDERED, this the 26th day of August 2025.

_____
UNITED STATES MAGISTRATE JUDGE